IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Joseph Prince | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Bankruptcy No: 19-15668-elf |
| | ) | |
| | ) | |

<u>MOTION TO EXTEND TIME TO COMPLY PURSUANT TO BANKRUPTCY RULE 1007(a)
AND (c) WITH ORDER DATED SEPTEMBER12, 2019</u>

1. On September11, 2019, Debtors filed a Voluntary Petition for Chapter 13 Bankruptcy commencing this case.

2. On September11, 2019 and September12, 2019 the Court notified Debtors that the following documents are currently outstanding:

   - Matrix List of Creditors due 09/18/2019.
   - SSN - Form B21 /Tax ID due 09/18/2019.
   - Atty Disclosure Statement due 09/25/2019.
   - Chapter 13 Plan due 09/25/2019.
   - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 09/25/2019.
   - Means Test Calculation Form 122C-2 Due: 09/25/2019.
   - Schedules AB-J due 09/25/2019.
   - Statement of Financial Affairs due 09/25/2019.
   - Summary of Assets and Liabilities Form B106 due 09/25/2019.

3. The day after we filed, debtor was actually struck ill and unable to submit to debtor's counsel the needed information.

4. As of yesterday, debtor was back home and able to work with debtor's counsel again.

5. However, he has been still having difficulty with his health, so he is relying on his son to assist with the document collection and completion of paperwork.

6. While Debtors and their attorney will be working diligently to make sure all of these documents are turned in in a timely manner, Debtor needs an additional thirty (30) days from today to prepare all of the aforementioned documents.

7. As such, Debtors request that this Honorable Court grant his an extension of an additional thirty (30) days, until October 20, 2019, to prepare her pleadings

8. This motion is not made for the purpose of delay and no creditor will suffer any prejudice, if the extension of time is granted.

WHEREFORE, Debtors request that this Honorable Court grant his an extension of an additional thirty (30) days, until October 20, 2019.

Dated:   September 20, 2019                                      Respectfully submitted,


                                                         By:    /s/ Joshua L. Thomas
                                                                Joshua Thomas, Esq.
                                                                PA ID 312476
                                                                Joshua L. Thomas & Associates
                                                                225 Wilmington-West Chester Pike
                                                                Suite 200
                                                                Chadds Ford, PA 19317
                                                                Phone   215-806-1733
                                                                Fax     888-314-8910
                                                                Email   JoshuaLThomas@gmail.com
                                                                *Attorney for Debtor*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Joseph Prince | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Bankruptcy No: 19-15668-elf |
| | ) | |
| | ) | |

ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby ORDERED that:

1. Debtor's motion for extension of time is **GRANTED** and
2. Debtor's extension of an additional thirty (30) days, until October 20, 2019, to prepare her Matrix List of Creditors, SSN - Form B21 /Tax ID, Attorney Disclosure Statement, Chapter 13 Plan, Schedules A-J, Statement of Financial Affairs, Summary of schedules, Statistical Summary of Certain Liabilities, Statement of and Current Monthly Income because Debtor was required to file on short notice and needs to find and collect all proper documentation and records required in order to properly file all the required filings is **GRANTED.**

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Joseph Prince | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Bankruptcy No: 19-15668-elf |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Joshua L. Thomas, Esquire, represent the Debtors in the above-captioned matter.

I hereby certify under penalty of perjury that the above documents were sent on September 20, 2019, I sent a copy of the following pleadings and/or documents to all interest parties of:

**a. Motion to Extend Time**

Dated: _September 20, 2019_____        By: _/s/ Joshua L. Thomas_____
                                                                            Joshua L. Thomas, Esq.