IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Joseph Prince | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Bankruptcy No: 19-15668-elf |
| | ) | |
| | ) | |

# ORDER

AND NOW, this    27th    day of    September    , 2019, upon
consideration of the attached Motion and after notice having been given to all interested
parties, it is hereby **ORDERED** that:

1.    Debtor's motion for extension of time is **GRANTED IN PART AND DENIED IN
PART**.

2.    Debtor is **GRANTED** an extension  until **October 16, 2019**, to file all schedulles,

statements and other documents required by the rules of court.

No further extensions shall be granted.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**