Certificate of Notice    Page 1 of 2

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15668-elf
Joseph Prince                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 1              Date Rcvd: Sep 27, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
db             +Joseph Prince,    778 Mill Road,    Yardley, PA 19067-4500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:
              JOSHUA LOUIS THOMAS    on behalf of Debtor Joseph  Prince joshualthomas@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   CITIMAE, INC. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Joseph Prince | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Bankruptcy No: 19-15668-elf |
| | ) | |
| | ) | |

# ORDER

AND NOW, this 27th day of September, 2019, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby **ORDERED** that:

1. Debtor's motion for extension of time is **GRANTED IN PART AND DENIED IN PART**.

2. Debtor is **GRANTED** an extension until **October 16, 2019**, to file all schedulles, statements and other documents required by the rules of court.

    No further extensions shall be granted.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**