# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-15668-ELF

JOSEPH PRINCE

778 MILL ROAD

YARDLEY, PA 19067-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSEPH PRINCE

    778 MILL ROAD

    YARDLEY, PA 19067-

Counsel for debtor(s), by electronic notice only.

    JOSHUA LOUIS THOMAS
    JOSHUA L. THOMAS & ASSOCIATES
    PO BOX 415
    POCOPSON, PA 19366-

Date: 1/16/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee