UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

February 11, 2020

To:    JOSHUA LOUIS THOMAS, Esq.
Joshua L. Thomas & Associates
PO Box 415
Pocopson, PA 19366

                                      In re:   Joseph Prince
                                      Bankruptcy No. 19-15668-elf
                                      Adversary No.
                                      Chapter 13

Re:   Amended Schedules E-F

The above document(s) were filed in this office on   2/10/2020. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|   |   |   |
|---|---|---|
| ( ) | | Voluntary Petition |
| ( ) | | Adversary Proceeding |
| (X) | | $31.00 Filing Fee for Amendments |
| ( ) | | $25.00 Claims Transfer Fee |
| ( ) | | Motion Filing Fee |

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                      Timothy B. McGrath
                                      Clerk


                                      By: Virginia S. De Buvitz
                                        Deputy Clerk

*Fee Notice*
*(11/26/18)*