# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Joseph Prince
Case No: 19-15668
Business Name: Zeal Technologies
For the Month & Year (1/05, etc.): 12/2019

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service  $ 10,412.71
- (2) Other (Specify)  $ —
- (3) Other (Specify)  $ —
- (4) Total Actual Income (1+2+3)  $ 10,412.71

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease  $
- (6) Utilities (Electricity, Gas, Water&Sewer)  $
- (7) Telephone  $
- (8) Insurance  $
- (9) Wages for Employees  $ 9,500.00
- (10) Wages for Self/Owner(s)  $
- (11) Taxes  $
- (12) Gas and Fuel for Business Vehicles  $
- (13) Other (Specify) Business Exp  $ 623.22
- (14) Other (Specify)  $
- (15) Other (Specify)  $
- (16) Total Actual Business Expenses Paid (sum of 5 through 16)  $ 10,123.22

- (17) Net Business Income/Loss (line 4-Line 16)  $ 289.49
- (18) Net Wages From Regular Employment-Debtor  $
- (19) Net Wages From Regular Employment-Spouse  $
- (20) Amount Carried Over From Last Month  $
- (21) Total Net Monthly Income (sum of 17 thru 20)  $ 289.49

**PERSONAL**
- (22) Rent/Mortgage  $ —
- (23) Utilities (gas, electric, water, sewer, fuel)  $
- (24) Telephone  $
- (25) Food  $
- (26) Transportation (fuel, tolls, parking)  $
- (27) Other (specify)  $
- (28) Other (specify)  $
- (29) Other (specify)  $
- (30) Other (specify)  $
- (31) Other (specify)  $
- (32) Total Actual Personal Expenses Paid (22-31)  $ —

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32)  $ 289.49
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT  $ —
- (35) Net Excess Income (line 33 - line 34)  $ 289.49

carry amount on line 35 to next month line 20

**EXHIBIT D**

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: _Joseph Prince_
Case No: _1915668_
Business Name: _Zeal Technologies_
For the Month & Year (1/05, etc.): _Jan. 2020_

**BUSINESS INCOME:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ 0 |
| (2) | Other (Specify) | $ |
| (3) | Other (Specify) | $ |
| **(4)** | **Total Actual Income (1+2+3)** | $ 0 |

**ACTUAL BUSINESS EXPENSE PAID**
| | | |
|---|---|---|
| (5) | Rent/Lease | $ (1390) |
| (6) | Utilities (Electricity, Gas, Water&Sewer) | $ |
| (7) | Telephone | $ |
| (8) | Insurance | $ |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owner(s) | $ |
| (11) | Taxes | $ |
| (12) | Gas and Fuel for Business Vehicles | $ |
| (13) | Other (Specify) | $ |
| (14) | Other (Specify) | $ |
| (15) | Other (Specify) | $ |
| **(16)** | **Total Actual Business Expenses Paid** (sum of 5 through 16) | $ 1390 |
| (17) | Net Business Income/Loss (line 4-Line 16) | $ (1390) |
| (18) | Net Wages From Regular Employment-Debtor | $ |
| (19) | Net Wages From Regular Employment-Spouse | $ — |
| (20) | Amount Carried Over From Last Month | $ 2310 |
| **(21)** | **Total Net Monthly Income (sum of 17 thru 20)** | $ 920 |

**PERSONAL**
| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ — |
| (23) | Utilities (gas, electric, water, sewer, fuel) | $ — |
| (24) | Telephone | $ — |
| (25) | Food | $ — |
| (26) | Transportation (fuel, tolls, parking) | $ — |
| (27) | Other (specify) | $ — |
| (28) | Other (specify) | $ — |
| (29) | Other (specify) | $ — |
| (30) | Other (specify) | $ — |
| (31) | Other (specify) | $ — |
| **(32)** | **Total Actual Personal Expenses Paid (22-31)** | $ 0 |

**NET INCOME (LOSS)**
| | | |
|---|---|---|
| (33) | Gross Excess Income (line 21 - line 32) | $ 920 |
| (34) | MONTHLY CHAPTER 13 PLAN PAYMENT | $ |
| (35) | Net Excess Income (line 33 - line 34) | $ 920 |

*carry amount on line 35 to next month line 20*

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Joseph Prince
Case No: 19-15668
Business Name: Zeal Technologies
For the Month & Year (1/05, etc.): 02/2020

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service    $ 35,000
(2) Other (Specify)    $
(3) Other (Specify)    $
(4) Total Actual Income (1+2+3)    $ 35,000

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease    $ 1375.00
(6) Utilities (Electricity, Gas, Water&Sewer)    $
(7) Telephone    $
(8) Insurance    $
(9) Wages for Employees    $ 27,000
(10) Wages for Self/Owner(s)    $
(11) Taxes    $
(12) Gas and Fuel for Business Vehicles    $
(13) Other (Specify) (TEE)    $ 2,262
(14) Other (Specify)    $
(15) Other (Specify)    $
(16) Total Actual Business Expenses Paid Or    $ 30,637
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16)    $ 4363
(18) Net Wages From Regular Employment-Del    $
(19) Net Wages From Regular Employment-Spo    $
(20) Amount Carried Over From Last Month    $
(21) Total Net Monthly Income (sum of 17 thr    $ 4363

**PERSONAL**
(22) Rent/Mortgage    $ —
(23) Utilities (gas, electric, water, sewer, fuel)    $ —
(24) Telephone    $ —
(25) Food    $ —
(26) Transportation (fuel, tolls, parking)    $ —
(27) Other (specify)    $ —
(28) Other (specify)    $ —
(29) Other (specify)    $ —
(30) Other (specify)    $ —
(31) Other (specify)    $ —
(32) Total Actual Personal Expenses Paid (22    $ 0

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32)    $ 4363
(34) MONTHLY CHAPTER 13 PLAN PAYMENT    $ —
(35) Net Excess Income (line 33 - line 34)    $ 4363
carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Joseph Prince
Case No: 19-15668
Business Name: Zeal Technologies
For the Month & Year (1/05, etc.): 3/2020

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service  $ 0
- (2) Other (Specify)  $
- (3) Other (Specify)  $
- (4) Total Actual Income (1+2+3)  $ 0

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease  $ 1,375.26
- (6) Utilities (Electricity, Gas, Water&Sewer)  $
- (7) Telephone  $
- (8) Insurance  $
- (9) Wages for Employees  $
- (10) Wages for Self/Owner(s)  $
- (11) Taxes  $
- (12) Gas and Fuel for Business Vehicles  $
- (13) Other (Specify) EXPENSES  $ 469.35
- (14) Other (Specify) BANK FEES  $ 180.00
- (15) Other (Specify)  $
- (16) Total Actual Business Expenses Paid Ot $ 2024.61
  (sum of 5 through 16)

- (17) Net Business Income/Loss (line 4-Line 16)  $ 2024.61
- (18) Net Wages From Regular Employment-Del $
- (19) Net Wages From Regular Employment-Spc $
- (20) Amount Carried Over From Last Month  $ 3256.03
- (21) Total Net Monthly Income (sum of 17 thr $ 1231.42

**PERSONAL**
- (22) Rent/Mortgage  $
- (23) Utilities (gas, electric, water, sewer, fuel)  $
- (24) Telephone  $
- (25) Food  $
- (26) Transportation (fuel, tolls, parking)  $
- (27) Other (specify)  $
- (28) Other (specify)  $
- (29) Other (specify)  $
- (30) Other (specify)  $
- (31) Other (specify)  $
- (32) Total Actual Personal Expenses Paid (22 $

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32)  $ 1231.42
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT $ —
- (35) Net Excess Income (line 33 - line 34)  $ 1231.42
  carry amount on line 35 to next month line 20

**EXHIBIT D**