**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JOSEPH PRINCE, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-15668 ELF |

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A.    a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

    B.    the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C.    any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**, **SUBJECT TO THE FOLLOWING**: With the consent of the Debtor, the reference to the Wells Fargo Home Equity of Line of Credit, the Loan Modification and the adequate protection payments are **STRICKEN** from Part 9 of the plan.

**Date: April 28, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**