United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Prince  
       Debtor  

Case No. 19-15668-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Christina | Page 1 of 1 | Date Rcvd: Apr 29, 2020 |
|---|---|---|---|
|  | Form ID: pdf900 | Total Noticed: 1 |  |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.  
db         +Joseph Prince,   778 Mill Road,   Yardley, PA 19067-4500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:  
     JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
     JOSHUA LOUIS THOMAS   on behalf of Trustee WILLIAM C. MILLER, Esq. joshualthomas@gmail.com  
     JOSHUA LOUIS THOMAS   on behalf of Debtor Joseph  Prince joshualthomas@gmail.com  
     KEVIN G. MCDONALD   on behalf of Creditor   CITIMAE, INC. bkgroup@kmllawgroup.com  
     REBECCA ANN SOLARZ   on behalf of Creditor   CITIMAE, INC. bkgroup@kmllawgroup.com  
     THOMAS YOUNG.HAE SONG   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com  
     United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   JOSEPH PRINCE,   :   Chapter 13
:
Debtor   :   Bky. No.  19-15668 ELF

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A.   a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

B.   the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C.   any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**, **SUBJECT TO THE FOLLOWING**:  With the consent of the Debtor, the reference to the Wells Fargo Home Equity of Line of Credit, the Loan Modification and the adequate protection payments are **STRICKEN** from Part 9 of the plan.

**Date: April 28, 2020**

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**