Certificate Number: 05781-PAE-DE-035912015

Bankruptcy Case Number: 19-15668



05781-PAE-DE-035912015

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 12, 2021</u>, at <u>1:24</u> o'clock <u>PM PDT</u>, <u>Joseph Prince</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 12, 2021</u>                    By:      <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>