United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Prince  
Debtor

Case No. 19-15668-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jan 05, 2023 | Form ID: 138OBJ | Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Prince, 778 Mill Road, Yardley, PA 19067-4500 |
| 14406544 | | Wells Fargo, Mortgage -Customer Service, Po Box 10378, Des Moines, IA 50306-0378 |
| 14476953 | | Wells Fargo Bank, N.A., C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 06 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14406543 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 06 2023 00:24:00 | Bank of America - Mortgage, Po Box 31785, Tampa, FL 33631-3785 |
| 14390770 | ^ | MEBN | Jan 06 2023 00:20:00 | CITIMAE, INC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14415229 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 06 2023 00:24:00 | Citimae, Inc., c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14406549 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Comenity/BJ, Customer Service, Po Box 183003, Columbus, OH 43218-3003 |
| 14406546 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Comenity/BJ, Po Box 183043, Columbus, OH 43218-3043 |
| 14406547 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2023 00:26:06 | MACY'S, PO BOX 8218, MASON, OH 45040 |
| 14389199 | | Email/Text: EBNBKNOT@ford.com | Jan 06 2023 00:25:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962 |
| 14465769 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2023 00:25:00 | IRS, Austin TX. 73301 |
| 14406548 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Ulta Beauty, Po Box 659450, San Antonio, TX 78265-9450 |
| 14406550 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Ulta Beauty, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 14406551 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Ulta Beauty, Customer Service, Po Box 183003, Columbus, OH 43218-3003 |
| 14406254 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:26:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: 138OBJ | Total Noticed: 17 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

**Name**          **Email Address**

JEROME B. BLANK
 on behalf of Creditor Wells Fargo Bank N.A. jblank@pincuslaw.com

JOSHUA LOUIS THOMAS
 on behalf of Debtor Joseph Prince joshualthomas@gmail.com

KENNETH E. WEST
 ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
 on behalf of Creditor CITIMAE INC. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
 on behalf of Creditor CITIMAE INC. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
 on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph Prince
        Debtor(s)

Case No: 19−15668−elf
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/5/23

68 − 55
Form 138OBJ